In the Matter of the Application of GEORGE B. McCLEL-LAN et al., Constituting the Board of Rapid Transit Railroad Commissioners of the City of New York, for the Appointment of Commissioners of Appraisal, Relative to Lands at Joralemon and Furman Streets in the Borough of Brooklyn.

NEW YORK DOCK COMPANY et al., Appellants; THE CITY OF NEW YORK, Respondent.

*Matter of McClellan*, 146 App. Div. 594, affirmed.
(Argued February 15, 1912; decided March 5, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1911, which reversed an order of Special Term confirming the report of commissioners of appraisal in the above-entitled proceeding.

The following question was certified: "Did the commissioners of appraisal proceed upon an erroneous theory in ascertaining and determining the compensation which ought justly to be made by the city of New York to the owners or persons interested in the property acquired and extinguished by this proceeding?"

*Charles E. Hotchkiss* and *Harold C. McCollom* for appellants.

*Archibald R. Watson, Corporation Counsel* (*Francis J. Byrne* and *Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the affirmative, on opinion of CARR, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.